UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN A. BURTON, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 21 C 4567 |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) | Magistrate Judge Fuentes |
| Defendant. | ) ) | |

## ORDER

This matter coming before the court on the parties' agreed motion to award Equal Access to Justice Act (EAJA) fees, and the court being fully advised, it is hereby ORDERED as follows:

1. Plaintiff is awarded $10,500.00 (ten thousand five hundred dollars and zero cents) for attorney fees and expenses, in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the EAJA, 28 U.S.C. § 2412.

2. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Barry A. Schultz** pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Suite 300, 630 Davis Street, Evanston, IL 60201**.

E N T E R: _____
United States Magistrate Judge

Dated: April 4, 2024